

**Lawrence CONLEY, Appellant, v. ATTORNEY GENERAL OF THE UNITED STATES of America.**

No. 13147.

Circuit Court of Appeals, Eighth Circuit.

Aug. 27, 1945.

Lawrence Conley, pro se.

PER CURIAM.

Right to proceed further on appeal in forma pauperis, denied.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of Horace G. WETHERILL, Deceased, J. A. Cornett, Adm., Respondent.**

**SAME v. HORACE G. WETHERWILL TRUST, Crocker First National Bank of San Francisco, Trustee of said Trust, Respondent.**

**SAME v. BOARD OF REGENTS OF UNIVERSITY OF COLORADO, Respondent.**

No. 11132.

Circuit Court of Appeals, Ninth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Tax Division, and J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for petitioner.

Charles G. Heimerdinger, of San Francisco, Cal., for respondent.

Before GARRECHT, MATHEWS, and WILBUR, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of Commissioner for dismissal of the petitions to review in above cause—counsel for respondents consenting thereto—and by direction of the Court, ordered that the typewritten motion be, and hereby is, granted, that the petitions to review in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**COMMISSIONER OF INTERNAL REVENUE v. Carl A. FISHER and Mrs. Adrienne K. Fisher.**

No. 3109.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.

**COMMISSIONER OF INTERNAL REVENUE v. Frank A. FISHER.**

No. 3110.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.

COMMISSIONER OF INTERNAL REVENUE v. Alice E. DAVIDSON.

No. 3111.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.

COMMISSIONER OF INTERNAL REVENUE v. ESTATE of Alma FISHER, Deceased, Frank A. Fisher, Executor.

No. 3112.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.

COMMISSIONER OF INTERNAL REVENUE v. Albert B. FISHER.

No. 3113.

Circuit Court of Appeals, Tenth Circuit.

Sept. 4, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D.C., for petitioner.

Robert E. Mark, of Salt Lake City, Utah, for respondents.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for review dismissed on application of petitioner and stipulation of the parties.

GAS RIDGE, Inc., v. SUBURBAN AGRICULTURAL PROPERTIES, Inc.

No. 11232.

Circuit Court of Appeals, Fifth Circuit.

Sept. 13, 1945.

For former opinion, see 150 F.2d 363.

Arthur H. Bartelt, of Austin, Tex., for appellant.

Knox Miller, of San Antonio, Tex., for appellee.

Before SIBLEY, HUTCHESON, and LEE, Circuit Judges.